No. 73–6367. CARTER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 73–6370. PFEIFER v. BELL & HOWELL Co. C. A. 7th Cir. Certiorari denied.

No. 73–6371. EDGERTON v. LEWIS, INSTITUTION SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 73–6372. McKINNEY v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. ▆

No. 73–6376. BROWN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 73–6378. GRIFFITH v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 73–6382. DAVIS v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 73–6383. DEDMON v. GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 73–6384. TERRY v. GRAY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 73–6387. HILL v. MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–6390. TRESSLER v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 73–6392. WILLIAMS v. GUNN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 73–6393. BROWN v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.